IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRO-SPEC CORPORATION | : | CIVIL ACTION |
| vs. | : | NO. 16-4728 |
| CHESTER WATER AUTHORITY, *et al.* | : | |

## ORDER

**AND NOW**, this 28th day of June 2017, upon consideration of Defendant Chester Water Authority's ("Authority") Motion for partial summary judgment (ECF Doc. No. 55), Plaintiff's Response (ECF Doc. No. 61), Authority's Reply (ECF Doc. No. 66) and for reasons in the accompanying Memorandum, it is **ORDERED** the Authority's Motion (ECF Doc. No. 55) is **GRANTED in part** and **DENIED in part:**

1. We **grant** the Authority's Motion dismissing Plaintiff's civil conspiracy and unjust enrichment claims against it; and,

2. We **deny** the Authority's Motion as to Plaintiff's breach of contract claim against it.

_____
KEARNEY, J.